UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL RATHBURN,

    Plaintiff,

vs.

MONARCH RECOVERY MANAGEMENT,
INC., A FOREIGN CORPORATION,

    Defendant.
_____/

Case No.: 1:11-cv-13532
HONORABLE THOMAS L. LUDINGTON
MAGISTRATE CHARLES E. BINDER

| | |
|---|---|
| MICHIGAN CONSUMER CREDIT LAWYERS<br>GARY D. NITZKIN (P 41155)<br>Attorneys for Plaintiff<br>22142 W. Nine Mile Road<br>Southfield, MI 48033<br>(248) 353-2882/Fax: (248) 353-4840 | McLEOD & ASSOCIATES<br>FREDERICK G. ECCLESTONE (P 26313)<br>Attorneys for Defendant<br>Two Towne Square, Suite 550<br>Southfield, MI 48076-3766<br>(248) 386-8800/Fax: (248) 386-8842 |

_____/

## STIPULATION FOR DISMISSAL

NOW COME the parties hereto, by and through their respective Counsel, and stipulate and agree that the above-captioned case be dismissed with prejudice and without costs to any party.

| | |
|---|---|
| /s/GARY D. NITZKIN (P 41155) (w/consent)<br>MICHIGAN CONSUMER CREDIT LAWYERS<br>Attorneys for Plaintiff<br>22142 W. Nine Mile Road<br>Southfield, MI 48033<br>(248) 353-2882/Fax: (248) 353-4840 | /s/FREDERICK G. ECCLESTONE (P26313)<br>McLEOD & ASSOCIATES<br>Attorneys for Defendant<br>Two Towne Square, Suite 550<br>Southfield, MI 48076-3766<br>(248) 386-8800/Fax: (248) 386-8842 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL RATHBURN,

    Plaintiff,

vs.

MONARCH RECOVERY MANAGEMENT, INC., A FOREIGN CORPORATION,

    Defendant.
_____/

Case No.: 1:11-cv-13532
HONORABLE THOMAS L. LUDINGTON
MAGISTRATE CHARLES E. BINDER

| MICHIGAN CONSUMER CREDIT LAWYERS<br>GARY D. NITZKIN (P 41155)<br>Attorneys for Plaintiff<br>22142 W. Nine Mile Road<br>Southfield, MI 48033<br>(248) 353-2882/Fax: (248) 353-4840 | McLEOD & ASSOCIATES<br>FREDERICK G. ECCLESTONE (P 26313)<br>Attorneys for Defendant<br>Two Towne Square, Suite 550<br>Southfield, MI 48076-3766<br>(248) 386-8800/Fax: (248) 386-8842 |
|---|---|

_____/

## ORDER FOR DISMISSAL

A Stipulation having been filed and the Court being fully advised in the matter;

IT IS HEREBY ORDERED that the above-captioned case be, and same hereby is, dismissed with prejudice and without costs to any party.

IT IS FURTHER ORDERED that this Order does resolve the last pending claim in this matter and does close the case.

                                              s/Thomas L. Ludington
                                              THOMAS L. LUDINGTON
                                              United States District Judge

Dated: November 10, 2011

-2-

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 10, 2011.

s/Tracy A. Jacobs
TRACY A. JACOBS